```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
DOMINGO PASCUAL,                                                   :
                                                                   :
                              Plaintiff,                           :
                                                                   :    21-CV-4937 (JMF)
                 -v-                                               :
                                                                   :    ORDER
DELTA FAUCET COMPANY,                                              :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's June 4, 2021 Order, ECF No. 5, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant entered a notice of appearance on June 23, 2021. ECF No. 6. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **July 16, 2021**.

     SO ORDERED.

Dated: July 9, 2021  
      New York, New York

                                                             JESSE M. FURMAN  
                                                           United States District Judge