UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
DOMINGO PASCUAL, :
:
                 Plaintiff, :
: 21-CV-4937 (JMF)
    -v- :
: ORDER
DELTA FAUCET COMPANY, :
:
                 Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's Order of June 4, 2021, ECF No. 5, the parties filed a joint status letter earlier today, in which they indicate that they do not wish to be referred to a Magistrate Judge or the Court-annexed Mediation Program at this time and do not believe there is a need for a conference in the near future, *see* ECF No. 10. The parties **shall promptly** inform the Court if they come to believe that a referral to a Magistrate Judge or the Court-annexed Mediation Program would be beneficial. In any event, **no later than three business days after Defendant files an answer or otherwise responds to the Complaint**, the parties shall file another joint letter providing the information described in the Court's June 4th Order.

       SO ORDERED.

Dated: July 12, 2021
       New York, New York
                                                    JESSE M. FURMAN
                                             United States District Judge